UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
_____

**AUTO-OWNERS INSURANCE COMPANY,**

*Appellant,*

v.                                              RECORD NUMBER: 13-2416(L)

**YVONNE ROBINSON, ET AL.,**

*Appellees.*
_____

On Appeal from the United States District Court
For the District of South Carolina at Florence
4:12-cv-00447-RBH
_____

**APPELLEE YVONNE ROBINSON'S MOTION
FOR LEAVE TO FILE SEPARATE BRIEF**
_____

Appellee Yvonne Robinson, Individually and as the Personal Representative of the Estate of Deagose F. Robinson ("Robinson"), respectfully seeks leave to file a separate brief in this case pursuant to Rules 28(a) and 28(d) of the Local Rules of the Fourth Circuit. All parties consent to this motion.

In support of this motion, Mrs. Robinson states the following:

1. Appellant Auto Owners Insurance Company ("Auto Owners") noticed an appeal of this declaratory judgment action in which the District Court determined, following a bench trial, that Auto Owners' garage policy

1

provided coverage for the losses Mrs. Robinson asserted in her state court personal injury and wrongful death claims.

2. Mrs. Robinson's counsel recently learned from Auto Owners' counsel that this Court considers Mrs. Robinson and John Newsome III, as one "side" of the consolidated appeals for purposes of Local Rule 28(a). These parties are limited to a single brief unless the Court grants leave for the parties to file separate briefs.

3. Appellee Robinson seeks leave to file a brief separate from John Henry Newsome, III because the interests of those parties are directly adverse to each other. In particular, Appellee Newsome's position is that the decedent, Deagose F. Robinson, drowned while working in the scope of his employment. Auto-Owners takes the same position. If they are correct in their assertions, then no coverage exists under the Garage Policy.

4. To the contrary, Appellee Robinson takes the position that her decedent was not working in the scope of his employment when he drowned.

5. The District Court's final order agreed with Robinson's position and, based in part upon that finding, the District Court determined that insurance coverage exists under the Garage Policy.

6. Appellee Newsome and Appellant Auto-Owners are adverse to Robinson with regard to this material issue.

7. Good cause has been shown for the requested relief because it would be improper for Robinson and Newsome III to submit a joint brief when their position on the facts and law are in direct conflict as to the very issues being appealed.

8. Because Mrs. Robinson and John Newsome III are not aligned on the scope of employment issue, the Court should permit each to argue their respective positions in separate briefs. Requiring one consolidated brief would prejudice Mrs. Robinson because she would be forced to take a position that is contrary to her evidence presented at trial. Given the separate interests involved, one single brief presented by Robinson and Newsome would not be useful to this Court.

WHEREFORE, based upon the particularized showing of good cause stated above, Appellee Robinson respectfully requests that this Court grant her leave to file a separate brief pursuant to Local Rules 28(a) and 28(d).

>                         Respectfully submitted,
>
>                         s/ Susan F. Campbell_____
>                         Susan F. Campbell
>                         McGowan, Hood & Felder, LLC
>                         304 Church Street
>                         Georgetown, SC 29440
>                         (843) 833-8082
>                         scampbell@mcgowanhood.com

                                                  S. Randall Hood
                                                  McGowan, Hood & Felder, LLC
                                                  1539 Health Care Drive
Rock Hill, SC 29732
(803) 327-7800
rhood@mcgowanhood.com

Gerald Malloy
Malloy Law Firm
108 Cargill Way
Hartsville, SC 29550
(843) 339-3000
gmalloy@bellsouth.net

Attorneys for Appellee Yvonne Robinson

January 7, 2014

4