UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2416 (L)
(4:12-cv-00447-RBH)

_____

AUTO-OWNERS INSURANCE COMPANY

        Plaintiff - Appellant

v.

JOHN HENRY NEWSOME, III

        Defendant and 3rd-Party Plaintiff - Appellee

and

YVONNE ROBINSON, individually and as the Personal Representative of the Estate of Deagose F. Robinson, deceased

        Defendant – Appellee

and

SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION SELF INSURED FUND; THE RANDOLPH W. HOPE COMPANY, INC.

        Third Party Defendants – Appellees

_____

Response of Third Party Defendants – Appellees South Carolina Automobile Dealers Association Self Insured Fund and The Randolph W. Hope Company, Inc., to Appellee Yvonne Robinson's Motion for Leave to File Separate Brief

_____

      Third Party Defendants – Appellees South Carolina Automobile Dealers Association Self Insured Fund and The Randolph W. Hope Company, Inc. do not oppose Appellee Yvonne Robinson's Motion for Leave to File Separate Brief.

                                          Respectfully submitted,

                                          Barnes, Alford, Stork & Johnson, LLP

                                          *s/Richard C. Thomas*
                                          Richard C. Thomas
                                          Fed. I.D. No. 4068
                                          1613 Main Street
                                          Post Office Box 8448
                                          Columbia, SC 29202-8448
                                          (803)799-1111
                                          richard@basjlaw.com
                                          Attorneys for the Third
                                          Party Defendants – Appellees

January 16, 2014