UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2416 (L)
(4:12-cv-00447-RBH)

_____

Auto-Owners Insurance Company,

    Plaintiff - Appellant

v.

John Henry Newsome, III,

    Defendant and 3rd Party Plaintiff - Appellee

and

Yvonne Robinson, individually and as
Personal Representative of the estate of
Deagose F. Robinson,

    Defendant - Appellee

and

South Carolina Automobile Dealers
Association Self Insured Fund, and The
Randolph W. Hope Company, Inc.,

    3rd Party Defendants - Appellee

_____

DEFENDANT AND 3RD PARTY PLAINTIFF-APPELLEE NEWSOME'S
RESPONSE IN SUPPORT OF DEFENDANT-APPELLEE ROBINSON'S
MOTION FOR LEAVE TO FILE SEPARATE BRIEFS

_____

    Defendant and 3rd Party Plaintiff - Appellee John Henry Newsome, III, files this response in support of Appellee Yvonne Robinson's Motion for Leave to File Separate Briefs in that separate briefings are appropriate.

Respectfully submitted,

Lee, Erter, Wilson, Holler & Smith

s/ David C. Holler
David C. Holler
Federal Court ID # 5608
126 North Main Street
Post Office Box 580
Sumter, South Carolina 29151
803-778-2471
davidholler@leeandmoise.com

and

Ray E. Chandler
Federal Court I.D. # 93
Coffey, Chandler & Kent, P.A.
P. O. Box 1292
Manning, South Carolina 29101
803-435-8847
ray@coffeychandlerkent.com

**ATTORNEYS FOR JOHN NEWSOME, III, DEFENDANT AND 3RD PARTY PLAINTIFF-APPELLEE**