FILED: January 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2416 (L)
(4:12-cv-00447-RBH)
_____

AUTO-OWNERS INSURANCE COMPANY

       Plaintiff - Appellant

v.

JOHN HENRY NEWSOME, III

       Defendant and 3rd-Party Plaintiff - Appellee

and

YVONNE ROBINSON, individually and as the Personal Representative of the Estate of Deagose F. Robinson, deceased

       Defendant - Appellee

and

SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION SELF INSURED FUND; THE RANDOLPH W HOPE COMPANY, INC.

       Third Party Defendants – Appellees

_____

## O R D E R

_____

Upon consideration of the submissions relative to the motion to file separate opening/response briefs, the court grants the motion. The parties are not required to share a combined length limitation established by Rule 32(a)(7) of Federal Rules of Appellate Procedure.

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(b).

                                             For the Court--By Direction

                                             /s/ Patricia S. Connor, Clerk