FILED: February 26, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2416 (L)
(4:12-cv-00447-RBH)

_____

AUTO-OWNERS INSURANCE COMPANY

  Plaintiff - Appellant

v.

JOHN HENRY NEWSOME, III

  Defendant and 3rd-Party Plaintiff - Appellee

and

YVONNE ROBINSON, individually and as the Personal Representative of the Estate of Deagose F. Robinson, deceased

  Defendant - Appellee

and

SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION SELF INSURED FUND; THE RANDOLPH W HOPE COMPANY, INC.

  Third Party Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Opening/response brief due: 04/02/2014

Response/reply brief due: 05/07/2014

Any reply brief: 14 days from service of response/reply brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk